### *Ex rel.* FIGLOS *et al.* v. COLE, *District Judge.*

No. A-751.  Opinion Filed May 26, 1910.

(109 Pac. 744.)

Mandamus on petition of Albert Figlos and another against Preslie B. Cole, Judge. Writ denied.

*Horton & Smith* and *Eubanks & Elder,* for petitioners.

*Chas. West,* Atty. Gen., and *Smith C. Matson,* Asst. Atty. Gen., for respondent.

PER CURIAM. The facts and issues in this case are the same as in the case of *Ex rel. Eubanks v. Cole, District Judge, infra,* 109 Pac. 736, and presents the same questions.

For the reasons given in the opinion in that case, the writ of mandamus will be denied.